UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:10-CR-00052 |
| | ) | |
| CARWIN JERMAINE HOLLEY-CHAMBERS | ) | |
| | ) | |

## **OPINION AND ORDER**

Defendant, Carwin Jermaine Holley-Chambers ("Holley-Chambers"), a federal prisoner moved for a reduction of his sentence under the provisions of the First Step Act of 2018. On March 8, 2019, this Court referred the defendant's case to the Federal Community Defenders, Inc. ("FCD") to determine if the defendant qualified for the relief he sought and the FCD filed his appearance on March 11, 2019. Now before the Court is a Motion to Withdraw [DE 140] filed on April 10, 2019 by the FCD, wherein counsel indicates that the defendant is ineligible for the requested relief. In his filing, the FCD refers to an Addendum to the Presentence Report filed on April 3, 2019 by the United States Probation Office. The FCD also indicates that he agrees with the ultimate conclusion in the Addendum. For the following reasons, the Motion to Withdraw is GRANTED.

In its Addendum, the Probation Office determined that the defendant did not qualify for relief since he had completed his term of imprisonment, and is currently incarcerated as a result of a supervised release revocation with no supervision to follow. The Probation Office further determined that under the First Step Act, there is no change in the defendant's guideline range for a term of imprisonment for a violation of supervised release. As a result, it concluded that the defendant did not qualify for additional relief.

The Court has reviewed the filings and agrees with the Probation Office's assessment as well as that of the FCD that the defendant does not qualify for relief under the First Step Act of 2018. Accordingly, the Court GRANTS the Motion to Withdraw [DE 140].

So ordered. This 29th day of April, 2019.

s/ William C. Lee
United States District Court